UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARTRADE SHIPPING,

               Plaintiff(s),

-v-                                                  No. 09 Civ. 2405 (LTS)

MS STEEL,

               Defendant(s).
-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

**ORDER**

The Initial Pretrial Conference scheduled for June 8, 2009, is rescheduled for July 1, 2009, at 11:30 a.m. in Courtroom 11C.

Dated: New York, New York
          May 22, 2009

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 6 2009